UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| MARY BELT and CHARLES BELT | CIVIL ACTION NO. 06-0417-A |
|---|---|
| -vs- | JUDGE DRELL |
| WAL-MART STORES, INC., et al. | MAGISTRATE JUDGE KIRK |

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and considering the attached letter from Darrell D. Ryland, and concurring with the magistrate judge's findings under the applicable law,

IT IS ORDERED that Wal-Mart Louisiana LLC's motion to dismiss (Doc. No. 17) is GRANTED. This suit is DISMISSED WITH PREJUDICE as to Tim Loston only.

SIGNED on this 4th day of December, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge